# United States Bankruptcy Court
### Eastern District of Virginia
Richmond Division

**In re:**                                                      **Case Number**   10–34787–KRH
                                                                **Chapter**   13
Robert A. Wade Jr.

                            Debtor(s)

### NOTICE TO DEBTOR(S) AND CREDITORS
### CONCERNING ISSUANCE OF DISCHARGE

The Trustee has filed a report of completion of plan payments. Unless an order has been previously entered denying a discharge, a discharge will be granted if the Court determines that all the requirements for issuance of a discharge are satisfied.

**TO THE DEBTOR(S):**

In order to receive a discharge, you <u>must</u>

Complete and File with the Court the Debtor's(s') Certification of Compliance with 11 U.S.C. §1328 (form attached) as required by Local Bankruptcy Rule 4008−2(A). A copy of this form may be obtained from the Clerk's Office or via the Bankruptcy Forms button on the Court's Internet web site at www.vaeb.uscourts.gov. Unless this Certificate is filed with the Court within 45 days of the mailing of this notice, your case may be closed without issuance of a discharge.

**TO CREDITORS:**

The debtor(s), if otherwise entitled, will be issued a discharge without further notice or hearing <u>unless</u>, within <u>21 days</u> of the mailing of this notice a creditor or party in interest files with the Court a request for a hearing asserting that the debtor(s) has/have claimed exempt under state or local law property (such as a residence or homestead) of the type described in §522(p)(1) of the Bankruptcy Code that exceeds $125,000 in value for cases filed before April 1, 2007, $136,875 if the case was filed April 1,2007 through March 31,2010, or $146,450 if the case was filed on or after April 1, 2010, and there is pending a proceeding in which the debtor may be found guilty of a felony of the kind described in §522(q)(1)(A) or liable for a debt of the kind described in §522(q)(1)(B) of the Bankruptcy Code. If a timely request for hearing is filed, you will be notified of the date, time, and place of the hearing.

Dated:   September 26, 2013            William C. Redden , Clerk
                                       United States Bankruptcy Court

[ntcLBRvApril2010.jsp ver 04/01/2010]

```
                                  United States Bankruptcy Court
                                   Eastern District of Virginia
In re:                                                                                    Case No. 10-34787-KRH
Robert A. Wade, Jr.                                                                       Chapter 13
         Debtor
                                         CERTIFICATE OF NOTICE
District/off: 0422-7            User: bullockn                Page 1 of 2                 Date Rcvd: Sep 26, 2013
                                Form ID: ntc4008              Total Noticed: 39


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 28, 2013.
db           +Robert A. Wade, Jr.,    P.O. Box 67,   Midlothian, VA 23113-0067
cr            Douglas Quinn,    c/o P.O. Box 426,   Powhatan, VA   23139
9964939       Advanta Bank Corp in receivership of FDIC,    c/o Becket and Lee LLP,
               Attorneys/Agent for Creditor,    POB 3001,   Malvern PA 19355-0701
9810267      +American Express,    c/o Becket and Lee,   P.O. Box 3001,    Malvern, PA 19355-0701
10101845      American Express Centurion Bank,    c/o Becket and Lee LLP,    POB 3001,   Malvern PA 19355-0701
9810271      ++COLUMBIA GAS,   ATTN REVENUE RECOVERY,    200 CIVIC CENTER DR 11TH FLOOR,    COLUMBUS OH 43215-4157
             (address filed with court: Columbia Gas,    Bankruptcy Department,    200 Civic Center Dr.,
               Columbus, OH 43215-0000)
9810268      +Chase Card Services,    Attn: Bankruptcy Dept.,   P.O. Box 15298,    Wilmington, DE 19850-5298
9810269      +Chase Card Services,    Attn: Bankruptcy Dept.,   P.O. Box 10587,    Greenville, SC 29603-0587
9810270      +Chase Manhattan,    Attn: Bankruptcy Research Dept,   3415 Vision Drive G7-PP,
               Columbus, OH 43219-6009
9810273      +Douglas Quinn,    c/o Graham Jennings,   P.O. Box 426,    Powhatan, VA 23139-0426
9810275      ++FOCUSED RECOVERY SOLUTIONS,    9701 METROPOLITAN COURT,    STE B,   RICHMOND VA 23236-3690
             (address filed with court: Focused Recovery Solutions,    9701 Metropolitan Court,    Suite B,
               Richmond, VA 23236-3690)
9969891      +Fia Card Services, NA As Successor In Interest to,    Bank of America NA and Mbna America Bank,
               1000 Samoset Drive,    DE5-023-03-03,   Newark, DE 19713-6000
9810276      +Glasser and Glasser, P.L.C.,    580 East Main St., Ste. 600,    P.O. Box 3400,
               Norfolk, VA 23514-3400
9810277       Godwin Jones & Price,    20 South Auburn Avenue,   Richmond, VA 23221-2910
9810278      +HCA Healthcare,    Patient Account Services,   P.O. Box 13620,    Richmond, VA 23225-8620
9810279      +Meidcredit,   1801 California Ave,    Corona, CA 92881-7251
9810280      +Neurosurgical Associates, PC,    R/A James Daniel, Jr., Esq.,    4701 Cox Road, Suite 401,
               Glen Allen, VA 23060-6802
10035458     +PRA Receivables Management, LLC,    As Agent Of Portfolio Recovery Assocs.,    POB 41067,
               Norfolk VA 23541-1067
9810281      +Physicians Management Solution,    369 W Northwest Hwy,   Palatine, IL 60067-2414
9810282      +Saunders Cary & Patterson,    9100 Arboretum Pkwy,   Suite 300,    Richmond, VA 23236-3493
9810284      +Sunrise Apartments,    Sunrise Onyx TOV LLC,   705 Pool Road,    Richmond, VA 23236-3761
9812118      +US Attorney’s Office,    Main Street Center 18th Floor,    600 E. Main Street,
               Richmond, VA 23219-2416
9810285       United Collection Bureau, Inc.,    5620 Southwyck Blvd Ste 206,    Toledo, OH 43614-1501
9810262      ++VIRGINIA DEPARTMENT OF TAXATION,    P O BOX 2156,   RICHMOND VA 23218-2156
             (address filed with court: Commonwealth of Virginia,    Director of Finance,    P.O. Box 760,
               Richmond, VA 23218-0760)
9810272       Virginia Department of Taxation,    P.O. Box 2156,   Richmond, VA 23218-2156
9810286       Wells Fargo Auto Finance,    P.O. Box 29704,   Phoenix, AZ 85038-9704
10038753      Wells Fargo Dealer Services, Inc.,    PO Box 92623,   Irvine, CA 92623-9657
9810287      +West Asset Management,    Attn: Bankruptcy,   P.O. Box 105478,    Atlanta, GA 30348-5478
9810289       West Asset Management,    7171 Mercy Rd,   Suite 100,    Omaha, NE 68106-2636
9810288      +West Asset Management,    2703 N. Highway 75,   Sherman, TX 75090-2567

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr           +E-mail/PDF: rmscedi@recoverycorp.com Sep 27 2013 02:32:34
               Recovery Management Systems Corporation,    25 SE 2nd Ave Ste 1120,    Miami, FL 33131-1605
9810264       E-mail/Text: bkr@cardworks.com Sep 27 2013 02:18:31     Advanta Bank Corp,    PO BOX 30715,
               Salt Lake City, UT 84130-0000
9810265      +E-mail/PDF: recoverybankruptcy@afninet.com Sep 27 2013 02:32:12     AFNI, Inc.,
               Attn: DP Recovery Support,    PO Box 3427,   Bloomington, IL 61702-3427
9810266      +E-mail/PDF: recoverybankruptcy@afninet.com Sep 27 2013 02:29:21     AFNI, Inc.,   404 Brock Drive,
               PO Box 3517,   Bloomington, IL 61702-3517
9810263      +Fax: 602-659-2196 Sep 27 2013 04:21:55     Check Systems,    Attn: Consumer Relations,
               7805 Hudson Road, Suite 100,    Saint Paul, MN 55125-1703
9810261       E-mail/Text: cio.bncmail@irs.gov Sep 27 2013 02:11:12     Internal Revenue Service,
               P.O. Box 21126,    Philadelphia, PA 19114-0000
10073323      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Sep 27 2013 02:33:07
               Midland Funding, LLC by American InfoSource LP,    PO Box 248897,    Oklahoma City, OK  73124-8897
9891656       E-mail/PDF: rmscedi@recoverycorp.com Sep 27 2013 02:32:34
               Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
               Miami, FL 33131-1605
9810283       E-mail/Text: appebnmailbox@sprint.com Sep 27 2013 02:16:07     Sprint Nextel,
               Attn: Bankruptcy Department,    P.O. Box 7949,   Overland Park, KS 66207-0949
                                                                                              TOTAL: 9

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
9963017       Douglas Quinn
```

```
District/off: 0422-7          User: bullockn          Page 2 of 2          Date Rcvd: Sep 26, 2013
                              Form ID: ntc4008        Total Noticed: 39

cr*          Midland Funding, LLC by American InfoSource LP,    PO Box 248897,    Oklahoma City, OK   73124-8897
9810274      ##+FIA Card Services,    P.O. Box 15026,    Wilmington, DE 19850-5026
                                                                                    TOTALS: 1, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 28, 2013                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 26, 2013 at the address(es) listed below:
      Graham Thornton Jennings, Jr.    on behalf of Creditor Douglas  Quinn powlaw@verizon.net
      Jason Meyer Krumbein     on behalf of Debtor Robert A. Wade, Jr. jkrumbein@krumbeinlaw.com,
       a30156@yahoo.com;tcarper@krumbeinlaw.com
      Judy A. Robbins, 11    USTPRegion04.RH.ECF@usdoj.gov
      Robert E. Hyman    station08@ricva.net,
       notices@access13.com;station03@ricva.net;station05@ricva.net;station06@ricva.net;station07@ricva.
       net;station10@ricva.net;station09@ricva.net;station16@ricva.net;station11@ricva.net;station12@ric
       va.net;stat
                                                                                                    TOTAL: 4